MIE 1A
Revised 07/12

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

Damon D. Easley                  Crim. No.:  14-CR-20771-01

On 05/06/2015 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 05/27/2015, and the Court made the following findings:

 X   Guilty of violating the following conditions of supervision:
  1.  <u>Violation of Mandatory Condition</u>: The defendant shall not unlawfully possess a controlled substance.
  2.   <u>Violation of Standard Condition No. 3</u>: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
  3.  <u>Violation of Standard Condition No. 5</u>: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

  The following special conditions of supervision are added:

1. The offender shall reside at a Residential Reentry Center (RRC), CTC West, for up to 120 days. The offender shall abide by all rules and regulations of the RRC and subsistence is waived due to the offender's lack of income. Personal passes may be approved by the probation officer.

2. Zero Tolerance.

                 Respectfully submitted,

                 s/Ann R. Smith
                 Sr. United States Probation Officer
                 (313) 234-5461

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

  Dated this 3rd Day of June, 2015.

                 s/Matthew F. Leitman
                 Matthew F. Leitman
                 United States District Judge