MIE 1A
Revised 07/12

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

   v.

EASLEY, Damon D.            Crim. No.:  14-CR-20771-01

  On October 21, 2015, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on November 10, 2015, and the Court made the following findings:

 X   Guilty of violating the following conditions of supervision:

1. <u>Violation of Special Condition</u>: The offender shall reside at a Residential Reentry Center (RRC), CTC West, for up to 120 days.  The offender shall abide by all rules and regulations of the RRC and subsistence is waived due to the offender's lack of income.  Personal passes may be approved by the probation officer.
2. <u>Violation of Special Condition</u>: Zero Tolerance

 The following special condition of supervision is added:
1.  The offender shall complete 80 hours of community service at a location which must be approved by the probation officer.

            Respectfully submitted,

            s/Ann R. Smith
            Sr. United States Probation Officer
            (313) 234-5461

**ORDER OF THE COURT**

 Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

 Dated this 17th Day of November, 2015.

            s/Matthew F. Leitman
            Matthew F. Leitman
            United States District Judge